FILED

08/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0065

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0065

_____

ANIMALS OF MONTANA, INC., TROY HYDE,
Permit Holder,

      Petitioner and Appellant,

   v.                                  O R D E R

STATE OF MONTANA, DEPARTMENT
OF FISH, WILDLIFE, AND PARKS,

      Respondent and Appellee.

_____

Appellant Animals of Montana, Inc., Troy Hyde, Permit Holder, was granted an extension of time to file and serve his opening brief on or before July 26, 2020. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than August 27, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 8 2020